| | |
|---|---|
| 1 | GORDON & REES LLP |
| 2 | M.D. Scully (SBN 135853)<br>101 W. Broadway, Suite 2000 |
|   | San Diego, CA 92101 |
| 3 | mscully@gordonrees.com<br>Tel: (213) 270-7871 |
| 4 | |
| 5 | PATTERSON BELKNAP WEBB & TYLER LLP<br>Erik Haas (admitted *pro hac vice*) |
|   | ehaas@pbwt.com |
| 6 | 1133 Avenue of the Americas<br>New York, New York 10036 |
| 7 | Tel: (212) 336-2117<br>Fax: (212) 336-2222 |
| 8 | |
| 9 | *Attorneys for Defendants Siemens*<br>*Medical Solutions USA, Inc. and* |
|   | *Siemens Healthcare Diagnostics Inc.* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIDEL CORPORATION, a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation, SIEMENS HEALTHCARE DIAGNOSTICS INC. a California corporation, and DOES 1-50 INCLUSIVE,<br><br>        Defendants. | Case No. 3:16-CV-03059<br><br>**DEFENDANTS' NOTICE OF MOTION TO EXCLUDE THE SURVEY, EXPERT REPORT, AND TESTIMONY OF MATTHEW G. EZELL**<br><br>Judge: Hon. Barry T. Moskowitz<br>Date: June 7, 2019<br>Time: 11:00 a.m.<br>Courtroom: 15B<br><br>[Filed and served concurrently with Memorandum of Points and Authorities and Declaration of Erik Haas]<br><br>No Oral Argument Unless Requested by Court |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on June 7, 2019 at 11:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 15B of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, before the Honorable Barry T. Moskowitz, Defendants Siemens Medical Solutions USA, Inc. and Siemens Healthcare Diagnostics Inc. (collectively, "Defendants" or "Siemens") shall and hereby does move the Court for an order excluding the survey, expert report, and testimony of Matthew G. Ezell, expert for Plaintiff Quidel Corporation ("Plaintiff" or "Quidel").

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Erik Haas, all files and records in this action, and such additional matters as may be judicially noticed or come before the Court in this matter.

DATE: April 17, 2019          Respectfully submitted,

                              PATTERSON BELKNAP WEBB & TYLER LLP

                              */s/ Erik Haas*
                                Erik Haas
                              1133 Avenue of the Americas
                              New York, New York 10036
                              ehaas@pbwt.com
                              Phone: (212) 336-2117
                              Fax: (212) 336-2222


                              */s/ M.D. Scully*
                              GORDON & REES LLP
                              M.D. Scully (SBN 135853)
                              101 W. Broadway, Suite 2000
                              San Diego, CA 92101
                              mscully@gordonrees.com
                              Tel: (213) 270-7871

                              *Attorneys for Defendants Siemens Medical Solutions USA, Inc. and Siemens Healthcare Diagnostics Inc.*