

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quidel Corporation, a Delaware corporation<br><br>**Plaintiff,**<br>V.<br>(See attachment)<br><br>**Defendant.** | Civil Action No. 16-cv-3059-BAS-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

First, Quidel's Motion for Summary Judgment is DENIED. (ECF No. 301.) Second, Quidel has not produced any evidence that is has suffered damages due to physicians as a result of Siemens' allegedly false advertising. Quidel is not entitled to a presumption of injury and Quidel has not met elements for a permanent injunction. Accordingly, Siemens' Motion for Summary Judgment is GRANTED. (ECF No. 306.) Because injury is required for all of Quidel's claims, this concludes the case.

The case is hereby closed.

| | |
|---|---|
| **Date:**   8/17/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ J. Olsen<br><br>J. Olsen, Deputy |

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  16-cv-3059-BAS-AGS

Defendant(s):

Siemens Healthcare Diagnostics, Inc., a California corporation;
Does 1-50

Counter Claimant:

Siemens Medical Solutions USA, Inc., a Delaware corporation;

Siemens Healthcare Diagnostics, Inc., a California corporation

v.

Counter Defendant:

Quidel Corporation, a Delaware corporation;

Counter Claimant:
Siemens Medical Solutions USA, Inc., a Delaware corporation;

Siemens Healthcare Diagnostics, Inc., California corporation;

v.

Counter Defendant:

Quidel Corporation, a Delaware corporation